| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Benny Chad Bridges | 6/1/1966 | TX | District of New Mexico | No | Hobbs Municipal Water Supply (NM3521613) | No | Testicular Cancer | 1-9 |
| 2 | Sandhya Prasad | 7/8/1967 | CA | Eastern District of California | No | Elk Grove Water Service (CA3410008) | No | Kidney Cancer | 1-9 |
| 3 | Kenan Prentice | 5/21/1991 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 4 | Charles Preston | 7/11/1965 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 5 | Kristopher Preston | 11/7/1975 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 6 | Arthur Price | 12/2/1956 | IN | District of Delaware | No | Wilmington Water Department (DE0000663) | No | Kidney Cancer | 1-9 |
| 7 | Ben Price | 1/6/1984 | IL | Central District of Illinois | No | Galesburg Public Water Service (IL0950200) | No | Kidney Cancer | 1-9 |
| 8 | Chastity Price | 6/7/1982 | OH | Southern District of Ohio | No | Portsmouth Public Water System (OH7300111) | No | Ulcerative Colitis | 1-9 |
| 9 | Harvey Prince | 6/6/1958 | SC | District of South Carolina | No | City Of Conway (SC2610008) | No | Kidney Cancer | 1-9 |
| 10 | Ronda K. Prion | 6/1/1972 | UT | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 11 | Janine Pugh | 8/27/1964 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 12 | Rich Pugh | 8/18/1956 | PA | Western District of Pennsylvania | No | Pennsylvania American Water Company - Pittsburgh (PA5020039) | No | Kidney Cancer | 1-9 |
| 13 | Kimberly Pulliam | 10/2/1982 | IN | Southern District of Indiana | No | Palmyra Water Works (IN5231004) | No | Kidney Cancer | 1-9 |
| 14 | William Purcaru | 3/7/1996 | NC | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Deborah Puzio | 5/9/1953 | NY | Eastern District of New York | No | Manhasset Lakeville WD (NY2902836) | No | Kidney Cancer | 1-9 |
| 16 | Michael Quan | 11/5/1971 | CA | Eastern District of California | No | City Of Vacaville (CA4810008) | No | Testicular Cancer | 1-9 |
| 17 | Richard Quayesowah | 5/10/1962 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 18 | Ahsan Quddus | 10/9/1962 | TX | Southern District of Texas | No | Clear Brook City Mud (TX1010418) | No | Kidney Cancer | 1-9 |
| 19 | Amanda Quick | 9/8/1984 | NC | Middle District of North Carolina | No | City of Durham (NC0332010) | No | Ulcerative Colitis | 1-9 |
| 20 | Pamela Quinlan | 7/29/1957 | WI | Western District of Wisconsin | No | Eau Claire Waterworks (WI6180230) | No | Kidney Cancer | 1-9 |
| 21 | Robert Quinn | 11/18/1969 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 22 | Toby Quinn | 4/20/1976 | OH | Southern District of Ohio | No | City Of Olympia (WA5363450) | No | Kidney Cancer | 1-9 |
| 23 | Juan Quinones Jr. | 4/12/1967 | CA | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Kidney Cancer | 1-9 |
| 24 | Guadalupe Quintero Lopez | 7/29/1945 | WA | Eastern District of Washington | No | Pasco Water Department (WA5366400) | No | Kidney Cancer | 1-9 |
| 25 | Lorraine Quintero | 7/26/1984 | CA | Central District of California | No | Jurupa Community Services District (CA3310021) | No | Ulcerative Colitis | 1-9 |
| 26 | David Quinto | 1/4/1991 | FL | Middle District of Florida | No | Winter Haven Water Department (FL6531992) | No | Testicular Cancer | 1-9 |
| 27 | Angel Quiroz | 5/17/2003 | CA | Central District of California | No | City Of Garden Grove (CA3010062) | No | Testicular Cancer | 1-9 |
| 28 | Oswaldo Quiroz | 10/11/1949 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Abdul R Qureshi | 8/26/1998 | TX | Northern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 30 | Kimatha Rader | 6/28/1958 | IN | Southern District of Indiana | No | Celina Water System (TN0000099) | No | Kidney Cancer | 1-9 |
| 31 | Marc Radin | 10/7/1964 | NJ | District of New Jersey | No | Ridgewood Water (NJ0251001) | No | Kidney Cancer | 1-9 |
| 32 | Lynn R Rahfeldt | 1/25/1946 | IA | Southern District of Iowa | Yes | West Des Moines Water Works;Des Moines Water Works (IA7785007) | No | Thyroid Cancer | 1-9 |
| 33 | Scot Raimer | 4/22/1970 | IL | Northern District of Illinois | No | Ann Arbor (MI0000220) | No | Testicular Cancer | 1-9 |
| 34 | Erin Rains | 7/23/1980 | KY | Western District of Kentucky | No | Murfreesboro Water Department (TN0000491) | No | Ulcerative Colitis | 1-9 |
| 35 | Muzafer Ramadani | 12/19/1957 | NJ | District of New Jersey | No | Garfield Water Department (NJ0221001) | No | Kidney Cancer | 1-9 |
| 36 | Ernest Ramalho | 4/11/1944 | NM | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 37 | Nikhil Raman | 3/25/1996 | NY | Southern District of New York | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 38 | Andrew Rocky Ramirez | 3/6/1979 | TX | Southern District of Texas | No | City Of Donna (TX1080002) | No | Testicular Cancer | 1-9 |
| 39 | Ladonna Ramirez | 1/12/1968 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 40 | Roberto Ramirez | 7/15/1988 | CA | Central District of California | No | City of Whittier Water Department (CA1910173) | No | Testicular Cancer | 1-9 |
| 41 | Ruby Ramirez | 3/11/1965 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 42 | Samuel Ramirez | 3/28/1963 | CA | Central District of California | No | Goleta Water District (CA4210004) | No | Kidney Cancer | 1-9 |
| 43 | Hamechandra Ramjit | 6/24/1963 | FL | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Eduardo Ramos Paxtor | 9/9/1984 | CA | Central District of California | No | Golden State Wc - Placentia/Yorba Linda (CA3010035) | No | Kidney Cancer | 1-9 |
| 45 | Dora Y. Ramos | 2/23/1959 | CA | Central District of California | No | Montebello Land & Water Co. (CA1910091) | No | Kidney Cancer | 1-9 |
| 46 | Brad Ramsey | 11/24/1973 | CA | Northern District of California | No | JBSA - Lackland (TX0150114) | No | Kidney Cancer | 1-9 |
| 47 | Charles Ramsey | 6/24/1979 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 48 | Aizad Rana | 7/31/2001 | MA | District of Massachusetts | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 49 | Michael Rand | 10/21/1968 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 50 | Randy Randall | 9/15/1963 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 51 | Vincent Randazzo | 2/26/1980 | NY | Eastern District of New York | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 52 | Anthony W Randle | 1/7/1967 | AR | Eastern District of Arkansas | No | Atkins Water System (AR0000441) | No | Kidney Cancer | 1-9 |
| 53 | Thomas Randolph | 5/9/1958 | KY | Western District of Kentucky | No | Beaver Dam Municipal Water & Sewer (KY0920025) | No | Kidney Cancer | 1-9 |
| 54 | Glenn R. Raniere | 3/19/1962 | PA | Middle District of Pennsylvania | No | Maryland American Water Company (MD0120003) | No | Kidney Cancer | 1-9 |
| 55 | Jessica Ransom | 8/5/1990 | GA | Northern District of Georgia | No | City of Concord (NC0113010) | No | Ulcerative Colitis | 1-9 |
| 56 | Robert Ransom | 1/27/1952 | AK | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 57 | Edwin Rashidian | 10/8/1993 | CA | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Camdyn Rasque | 3/2/1998 | CA | Southern District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 59 | Iasic Ratliff | 8/29/1997 | FL | Northern District of Florida | No | Toledo City Of (OH4801411) | No | Testicular Cancer | 1-9 |
| 60 | Mark Ratliff | 4/2/1963 | IN | District of South Carolina | No | City Of Conway (SC2610008) | No | Kidney Cancer | 1-9 |
| 61 | Glenn Rauhofer | 5/22/1970 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Testicular Cancer | 1-9 |
| 62 | William Ray | 5/18/1954 | IN | Southern District of Indiana | No | Anderson Water Department (IN5248002) | No | Kidney Cancer | 1-9 |
| 63 | Brian Reach | 5/8/1984 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Testicular Cancer | 1-9 |
| 64 | Stephan A Reany | 4/16/1953 | OH | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Kidney Cancer | 1-9 |
| 65 | Jeffrey R Rebello | 6/2/1967 | MA | District of Massachusetts | No | Dartmouth Water Division (MA4072000) | No | Kidney Cancer | 1-9 |
| 66 | Deborah Redden | 11/2/1957 | PA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 67 | Jervan Reddick | 10/14/1965 | WA | Western District of Washington | No | City Of Olympia (WA5363450) | No | Kidney Cancer | 1-9 |
| 68 | Daryl Reed | 5/14/1966 | NJ | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 69 | Marsha Reed | 6/7/1962 | PA | Middle District of Pennsylvania | No | Williamsport Municipal Water Authority (PA4410173) | No | Kidney Cancer | 1-9 |
| 70 | Nathan Reed | 7/12/1992 | OH | Southern District of Ohio | No | Middletown City PWS (OH0901712) | No | Testicular Cancer | 1-9 |
| 71 | Ronald Reed | 4/16/1955 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Liver Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Catha Reese | 12/26/1948 | TN | Middle District of Tennessee | No | Lewisburg Water System (TN0000400) | No | Kidney Cancer | 1-9 |
| 73 | Lance Reese | 12/23/1969 | FL | Northern District of Florida | No | Southtowner Mobile Estates Water System;City Of Lake Charles Water System (LA1019039) | No | Kidney Cancer | 1-9 |
| 74 | Jerry Reeves Jr. | 9/16/1966 | TX | Northern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |
| 75 | Allen Reeves | 11/10/1957 | AL | Middle District of Alabama | No | City Of Lauderhill (FL4060787) | No | Kidney Cancer | 1-9 |
| 76 | Charles Regan | 1/14/1965 | TN | District of Connecticut | No | East Lyme Water & Sewer Commission (CT0450011) | No | Kidney Cancer | 1-9 |
| 77 | Marvin Reich | 5/9/1949 | FL | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 78 | Deborah Reiche | 9/29/1970 | AZ | District of Arizona | No | Goodyear Water Department (AZ0407094) | No | Ulcerative Colitis | 1-9 |
| 79 | Judy Reid | 9/3/1953 | SC | District of South Carolina | No | Greenwood Cpw (2410001) (SC2410001) | No | Kidney Cancer | 1-9 |
| 80 | Mark Reifinger | 8/1/1957 | PA | Eastern District of Pennsylvania | No | LCA Allentown Division (PA3390024) | No | Kidney Cancer | 1-9 |
| 81 | Robert Reiling | 8/25/1959 | IL | Central District of Illinois | No | IL American - Pekin (IL1795040) | No | Kidney Cancer | 1-9 |
| 82 | John Reilly | 6/17/1956 | MA | District of Massachusetts | No | Franklin Water Department (MA2101000) | No | Kidney Cancer | 1-9 |
| 83 | Susan Reiman | 12/4/1978 | CA | Central District of California | No | Golden State WC - West Orange County (CA3010022) | No | Ulcerative Colitis | 1-9 |
| 84 | Bret Reinking | 10/20/1997 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Testicular Cancer | 1-9 |
| 85 | Harry Reisinger III | 8/19/1970 | PA | Western District of Pennsylvania | No | Zelienople Boro (PA5100093) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Neal Reite | 4/18/1983 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 87 | Robert Remey | 7/9/2000 | TX | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 88 | Vanessa Repass | 7/28/1964 | TN | Eastern District of Tennessee | No | Siam Utility District;Elizabethton Water Dept (TN0000633) | No | Ulcerative Colitis | 1-9 |
| 89 | William Resendes | 5/30/1984 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Testicular Cancer | 1-9 |
| 90 | Eugene Alfred Revels III | 4/26/1955 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 91 | Ariel Reyes | 11/11/1960 | NJ | District of New Jersey | No | City of Newark Water Department (NJ0714001) | No | Kidney Cancer | 1-9 |
| 92 | Eric Reyes | 1/15/1983 | TX | Southern District of Texas | No | Fort Bend County Mud 30 (TX0790146) | No | Testicular Cancer | 1-9 |
| 93 | Micheal Reyes | 1/23/1984 | CA | Eastern District of California | No | City of Riverside (CA3310031) | No | Testicular Cancer | 1-9 |
| 94 | Renato Reyes | 9/14/1979 | CA | Eastern District of California | No | City Of Stockton (CA3910012) | No | Kidney Cancer | 1-9 |
| 95 | Sheera Reyes | 4/28/1975 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 96 | Dale Reynolds | 9/28/1952 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Testicular Cancer | 1-9 |
| 97 | Dwayne Reynolds | 1/23/1973 | NM | District of New Mexico | No | Hobbs Municipal Water Supply (NM3521613) | No | Ulcerative Colitis | 1-9 |
| 98 | John Reynolds | 5/12/1972 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 99 | Scott Rezendes | 4/8/1963 | WA | Northern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 100 | Lori Rhein | 1/16/1963 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Charlene Rhoades | 5/25/1956 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 102 | Triston Rhoades | 4/3/1998 | OH | Southern District of Ohio | No | Pataskala City (OH4502512) | No | Testicular Cancer | 1-9 |
| 103 | Jason Rhoden | 3/5/1978 | AL | Northern District of Alabama | No | South Martin Regional Utilities (FL4430624) | No | Kidney Cancer | 1-9 |
| 104 | Timothy Rhodes | 8/5/1966 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Testicular Cancer | 1-9 |
| 105 | Michael Ricciardelli | 8/20/1962 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 106 | Richard Ricciardelli | 7/27/1994 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 107 | Jared Rice | 10/5/1982 | PA | Eastern District of Pennsylvania | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Testicular Cancer | 1-9 |
| 108 | Richard G Rice | 4/23/1964 | NC | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |
| 109 | James Ricer III | 11/15/1967 | FL | Southern District of Florida | No | Boca Raton Wtp (FL4500130) | No | Kidney Cancer | 1-9 |
| 110 | Royce L. Rich | 7/16/1939 | TX | Northern District of Texas | No | City of Irving (TX0570050) | No | Kidney Cancer | 1-9 |
| 111 | Thomas Richards | 8/22/1940 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 112 | Jeanette Richardson | 4/2/1956 | NC | Eastern District of North Carolina | No | City Of Rocky Mount (NC0464010) | No | Kidney Cancer | 1-9 |
| 113 | Joshua Richardson | 9/17/1971 | IA | Southern District of Iowa | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |
| 114 | Terry Richardson | 3/16/1965 | TX | Southern District of Texas | No | City Of Hearne (TX1980004) | No | Kidney Cancer | 1-9 |
| 115 | Tyler Richardson | 8/14/1995 | TN | Eastern District of Tennessee | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 116 | John Riche | 3/3/1958 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 117 | Garry Richmond | 3/25/1951 | NC | Middle District of North Carolina | No | Mebane, City Of (NC0201018) | No | Kidney Cancer | 1-9 |
| 118 | Carole Ricigliano | 12/4/1940 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Ulcerative Colitis | 1-9 |
| 119 | Noreen Ricigliano | 1/25/1967 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Kidney Cancer | 1-9 |
| 120 | Linda Rico | 11/29/1965 | CA | Southern District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 121 | Hoyle Ridenhour | 6/11/1953 | NC | Eastern District of North Carolina | No | Brunswick County Water System (NC0410045) | No | Kidney Cancer | 1-9 |
| 122 | Lewis Ridley | 6/15/1963 | GA | Northern District of Georgia | No | Chatsworth (GA2130000) | No | Kidney Cancer | 1-9 |
| 123 | Barry Riggins | 9/21/1968 | NY | Eastern District of New York | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 124 | Cole Riggs | 8/20/1991 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Ulcerative Colitis | 1-9 |
| 125 | Cristina Ring | 7/28/1973 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 126 | Ryan M Rinne | 7/25/1967 | GA | Northern District of Georgia | No | City of Woodstock (GA0570003) | No | Kidney Cancer | 1-9 |
| 127 | Jorge Sanchez | 1/28/1971 | AZ | Central District of California | No | Inglewood City Water Department (CA1910051) | No | Kidney Cancer | 1-9 |
| 128 | James Shelton | 12/12/1975 | TN | Western District of Missouri | No | Fort Leonard Wood (MO3079500) | No | Ulcerative Colitis | 1-9 |
| 129 | Jamie R Statler | 8/12/1968 | NE | Central District of California | No | Lynwood City Water Department (CA1910079) | No | Kidney Cancer | 1-9 |
| 130 | Judy Strachan | 1/10/1954 | MO | Southern District of Illinois | No | Il American-Cairo (IL0035030) | No | Kidney Cancer | 1-9 |
| 131 | Joshua Sutherland | 2/6/1982 | VA | Northern District of Texas | No | City Of Richardson (TX0570015) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 132 | Joseph Tabacheck | 1/29/1944 | CO | District of Colorado | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 133 | Vicki Vanderpool | 10/1/1967 | OH | Southern District of Florida | No | FKAA J. Robert Dean WTP (FL4134357) | No | Kidney Cancer | 1-9 |
| 134 | Andrea Vasquez | 9/27/1979 | NV | Central District of California | No | East Valley Water District (CA3610064) | No | Ulcerative Colitis | 1-9 |
| 135 | Paul Victor III | 11/10/1954 | WA | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 136 | Barbara Walterick | 2/11/1946 | TX | Eastern District of Pennsylvania | No | Phoenixville Water Dept (PA1150077) | No | Kidney Cancer | 1-9 |
| 137 | Robert Warren | 10/26/1949 | SC | Middle District of Georgia | No | Usaf-Moody Air Force Base-Main (GA1850125) | No | Kidney Cancer | 1-9 |
| 138 | Patricia Watts | 4/8/1964 | FL | Eastern District of Kentucky | No | Ashland Water Works (KY0100011) | No | Ulcerative Colitis | 1-9 |
| 139 | Michael Willoughby | 12/7/1960 | MD | District of Maryland | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 140 | Stephen Wilson | 1/30/1956 | SC | Northern District of Alabama | No | Shelby County Water System (AL0001671) | No | Kidney Cancer | 1-9 |